O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEREISA SALANOA,<br><br>            Plaintiff,<br><br>   v.<br><br>AMERICAN HOME MORTGAGING SERVICING, et al.,<br><br>            Defendant. | Case No.<br>EDCV 12-01335-JGB(DTBx)<br><br>**JUDGMENT AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

    Plaintiffs Sereisa Salanoa filed her Complaint on August 10, 2012. (Doc. No. 1.)

    On March 13, 2014, the Court issued an order to show cause why the case should not be dismissed for lack of prosecution, as Plaintiff had failed to file proof of service as to Defendants within 120 days of removal. (Doc. No. 12.) Fed. R. Civ. P. 4(m). The Court put Plaintiff on notice that failure to respond to the order would be deemed consent to the dismissal of the action. (Id.)

    As of the date of this Order, Plaintiff has not responded to the order to show cause, nor has she filed

proof of service as to Defendants.  Plaintiff has not filed anything in this action since initiating the Complaint.

    Accordingly, the Court DISMISSES Plaintiff's Complaint WITHOUT PREJUDICE.  The Clerk shall close the file.  The Court orders that such judgment be entered.

Dated: February 13, 2015

JESUS G. BERNAL
United States District Judge